# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF TEXAS WACO DIVISION

| | |
|---|---|
| INTELECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>        Plaintiff(s),<br>v.<br><br>HP INC.,<br><br>        Defendant(s). | Civil Action No. <u>6:20-CV-00624</u> |

## RETURN OF SERVICE

Came to my hand on **Tuesday, July 14, 2020 at 8:55 AM**,
Executed at: **1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201**
within the county of **DALLAS** at **9:05 AM, on Tuesday, July 14, 2020**,
by delivering to the within named:

### HP INC.

By delivering to its **Registered Agent, CT CORPORATION**
By delivering to **Authorized Agent, ANTOINETTE WILLIAMS**
a true copy of this
    **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR PATENT INFRINGEMENT** with
    **EXHIBITS attached**

having first endorsed thereon the date of the delivery.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP.

My name is Tracy Edwards, my date of birth is September 15, 1963 and my address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on Tuesday, July 14, 2020

By: _____
PSC 1872 - Exp 03/31/22
served@specialdelivery.com

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

INTELLECTUAL VENTURES I LLC, ET AL.,
*Plaintiff*

V.    Civil Action No. **6:20-CV-00624**

HP INC.,
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO:  HP Inc.
c/o CT Corporation, Registered Agent
1999 Bryan Street, Ste. 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Derek T. Gilliland
Sorey, Gilliland & Hull, LLP
109 W. Tyler Street
Longview, TX 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



JEANNETTE J. CLACK
CLERK OF COURT

s/AKEITA MICHAEL
DEPUTY CLERK

ISSUED ON 2020-07-10 09:57:10

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20-CV-00624

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)*_____
_____on *(date)*_____; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*_____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)*_____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's Address

Additional information regarding attempted sevice, etc:
_____
_____

**\*\* SEE ATTACHED \*\***
**\*\*\*AFFIDAVIT\*\*\***