**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>HP INC.,<br><br>        Defendant. | )<br>)<br>)<br>)  C.A. No. 6:20-cv-624-ADA<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

**CASE READINESS STATUS REPORT**

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC, and Defendant HP Inc., hereby provide the following status report in advance of the initial Case Management Conference (CMC).

**FILING AND EXTENSIONS**

Plaintiffs' Complaint was filed on July 10, 2020. There has been one extension for a total of 45 days.

**RESPONSE TO THE COMPLAINT**

On September 18, 2020, Defendant filed its Answer to Complaint for Patent Infringement under Seal. There were no counterclaims included in Defendant's Answer.

**PENDING MOTIONS**

There are no pending Motions in this case.

**RELATED CASES IN THIS JUDICIAL DISTRICT**

There are no related cases filed in this District and there are no cases filed which include a common asserted patent.

**IPR, CBM, AND OTHER PGR FILINGS**

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiffs have asserted three (3) patents and have not yet served preliminary infringement contentions, but anticipate that the total number of asserted claims will be no more than 47. The specific number of asserted claims will be confirmed when Plaintiffs serve their preliminary infringement contentions.

## APPOINTMENT OF TECHNICAL ADVISER

Parties do not believe a technical adviser is necessary but also do not object to appointment of one if the Court believes it would be helpful.

## MEET AND CONFER STATUS

Plaintiffs and Defendant conducted a meet & confer conference, and at this time have no pre-Markman issues to raise with the Court. As Plaintiffs have not yet confirmed the number of asserted claims, Defendant reserves its right to raise pre-Markman issues regarding the schedule after Plaintiffs identify the number and identity of the asserted claims.

Dated: September 30, 2020

Respectfully Submitted,

*/s/ Derek Gilliland*
DEREK GILLILAND
State Bar No. 24007239
SOREY, GILLILAND & HULL, LLP
109 W. Tyler Street
Longview, Texas 75601
903.212.2822 (telephone)
903.212.2864 (facsimile)
derek@soreylaw.com

*Of Counsel:*
DESMARAIS LLP
Alan S. Kellman (*pro hac vice*)
Edward Geist (*pro hac vice*)
Amy Wann (*pro hac vice*)
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401
akellman@desmaraisllp.com
egeist@desmaraisllp.com
awann@desmaraisllp.com

*Counsel for Plaintiffs*
*Intellectual Ventures I LLC*
*and Intellectual Ventures II LLC*

*/s/ John M. Guaragna (w/permission)*
John M. Guaragna
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone:  (512) 457-7000
Facsimile:  (512) 457-7001

Sean C. Cunningham *(pro hac vice)*
Erin P. Gibson *(pro hac vice)*
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Brent Yamashita *(pro hac vice)*
Monica De Lazzari *(pro hac vice)*
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2215
Telephone:  (650) 833-2048
Facsimile:   (650) 687-1138

*Counsel for Defendant HP Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's CM/ECF service on this 30th day of September, 2020.

*/s/ Derek Gilliland*
Derek Gilliland