UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | § | |
| INTELLECTUAL VENTURES II LLC | § | CIVIL NO: |
| | § | WA:20-CV-00624-ADA |
| vs. | § | |
| | § | |
| HP INC. | | |

## ORDER CANCELLING TELEPHONIC SCHEDULING CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **TELEPHONIC SCHEDULING CONFERENCE** on **Thursday, October 29, 2020 at 01:30 PM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 28th day of October, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE